GREG W. MARSH, ESQ.
Nevada Bar No. 322
LAW OFFICES OF GREG W. MARSH
731 South Seventh Street
Las Vegas, NV 89101
Telephone: (702) 387-0052
Facsimile: (702) 387-0063
gwm4253@aol.com

ALANA K. BASSIN, ESQ. (Pro Hac Vice)
BOWMAN AND BROOKE LLP
150 South 5th Street, Suite 3000
Minneapolis, MN 55402
Telephone: (612) 339-8682
Facsimile: (612) 672-3200
Alana.Bassin@bowmanandbrooke.com

*Attorneys for Plaintiff, Siemens Medical Solutions, USA, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS, USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLAIMS SERVICING OF AMERICA, LLC; DOES I through X; ROE CORPORATIONS XI through XX, inclusive, <br><br> Defendants. | Case No. 2:12-cv-01560-MMD-GWF <br><br><br> **JOINT MOTION AND [~~PROPOSED~~] ORDER TO STAY PROCEEDINGS** |
| CLAIMS SERVICING OF AMERICA, LLC, <br><br> Counterclaimant, <br><br> v. <br><br> SIEMENS MEDICAL SOLUTIONS, USA, INC., DOES I through X, ROE CORPORATIONS XI through XX, inclusive, <br><br> Counter-Defendants. | |

7891346v1

Plaintiff/Counter-Defendant Siemens Medical Solutions USA, Inc. and Defendant/Counterclaimant Claims Servicing of America, LLC ("the Parties) respectfully move the Court for entry of the attached proposed Order for a limited stay of this matter until September 3, 2014.

1. On February 7, 2014, the Parties reached a settlement agreement (the "Agreement") related to the claims at issue in this litigation. However, the parties need time to ensure that the terms of the Agreement can be fulfilled.

2. Pursuant to the terms of the Agreement, the Parties will file a Stipulation of Voluntary Dismissal or a Stipulation for Judgment, on or before September 3, 2014, which will fully resolve this litigation.

3. Accordingly, the Parties respectfully request that this Court stay the subject action for a limited time, until September 3, 2014, to allow the Parties time to comply with the terms of the Agreement. There are no disputes between the Parties as to the underlying Agreement or the terms of the Agreement. The need for additional time is related solely to the Parties carrying out the terms of the Agreement.

Respectfully submitted,

LAW OFFICES OF GREG MARSH

By: _____
GREG W. MARSH, ESQ.
Nevada Bar No. 322
731 S. 7th Street
Las Vegas, NV 89101
Telephone: (702) 387-0052
Facsimile: (702) 387-0063

and

7891346v1

and

ALANA K. BASSIN, ESQ.
BOWMAN AND BROOKE LLP
150 South 5th Street, Suite 3000
Minneapolis, MN 55402
Telephone: (612) 339-8682

*Attorneys for Plaintiff/Counter-Defendant Siemens Medical Solutions, USA, Inc.*

HITZKE & ASSOCIATES

By: _____
ERICK M. FERRAN, ESQ.
Nevada Bar No. 9554
Hitzke & Associates
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: (702) 784-7600

*Attorneys for Defendant/Counter-claimant Claims Servicing of America, LLC*

## ORDER

UPON CONSIDERATION of the Parties' Joint Motion to Stay Proceedings and for good cause shown, it is hereby ORDERED that the Joint Motion is GRANTED.

It is further ORDERED that litigation deadlines in this matter are STAYED until September 3, 2014, and that all pending deadlines are tolled.

It is further ORDERED that the Parties shall file a Stipulation for Dismissal or Stipulation for Judgment by September 3, 2014, which shall fully resolve the matter.

**SO ORDERED BY THE COURT:**

_____
The Honorable Miranda M. Du
United States District Court, District of Nevada

DATED: __March 24__, 2014

7891346v1